IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **DANETTE HESTER,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JANET L. YELLEN, SECRETARY OF THE TREASURY,** <br><br> **Defendant.** | Civil NO. 4:22-cv-00123-JEG-SBJ <br><br><br> **JOINT STATUS REPORT** |

**COMES NOW**, the Parties, and for this Joint Status Report respectfully states as follows:

1. Counsel for the parties have conferred regarding the status of this matter.

2. As an initial matter, Plaintiff intends to file a motion for leave to amend her petition, to add a claim for retaliation and race discrimination-termination. As such, the parties agree for the sake of efficiency, all deadlines be reset in this matter.

3. The deadline to file motions for leave to amend pleading was November 15, 2022. However, on December 23, 2022, Plaintiff received the Department of the Treasury Final Agency Decision regarding her retaliation claim filed June 14, 2022. The retaliation claim is not plead in this matter before the Court, as the administrative process was not exhausted at the time the Petition in this matter was filed.

4. As such, Parties have agreed to stay discovery deadlines until the matter can be reset once Plaintiff amends her petition.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY:    */s/ Charles Gribble*
      Charles Gribble     AT0003083
BY:    */s/ Christopher Stewart*
      Christopher Stewart     AT0013127
      2015 Grand Avenue, Suite 200
      Des Moines, Iowa 50312
      Telephone: (515) 235-0551
      Fax: (515) 243-3696
      Email: cgribble@gbswlaw.com
            cstewart@gbswlaw.com
      **ATTORNEYS FOR PLAINTIFF**


Teresa A. Moore
United States Attorney
Western District of Missouri

By:    */s/ Elizabeth D. Hatting*
      Jeffrey P. Ray, Missouri Bar No 35632
      Elizabeth D. Hatting, Missouri Bar No 67337
      Special Attorneys to the Attorney General
      Acting Under Authority Conferred by 28 U.S.C. § 515
      Charles Evans Whittaker Courthouse
      400 East Ninth Street, Fifth Floor
      Kansas City, MO 64106
      (816) 426-3130
      FAX: (816) 426-3165
      E-MAIL: jeffrey.ray@usdoj.gov
      elizabeth.hatting@usdoj.gov

      ATTORNEYS FOR DEFENDANT